# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CELESTE DEAN WILCOX,

    Plaintiff,

v.                                    CASE NO. 4:08cv239-RH/WCS

NON-SECURE PROGRAMS, INC.,

    Defendant.

_____/

## ORDER CONFIRMING SCHEDULE

Upon consideration of the parties' notices (documents 14 and 15) filed in compliance with paragraph 1 of the Scheduling and Mediation Order filed August 6, 2008 (document 10),

IT IS ORDERED:

The Scheduling and Mediation Order filed August 6, 2008 (document 10) remains in full force and effect.

SO ORDERED on September 4, 2008.

                                               s/Robert L. Hinkle
                                             Chief United States District Judge